**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

**Ann B. Pennewill**                                  **Case No. 19-58060-tjt**
                                                           **Honorable Thomas J. Tucker**
                                                           Chapter 13

     Debtor             /

ORDER CONFIRMING PLAN

      The Debtors' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtors' Chapter 13 plan, as last modified, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of attorney for the Debtor, Marrs and Terry, PLLC, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,500.00 shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

      IT IS FURTHER ORDERED:

1. The Debtor shall provide the 2019 tax return to the trustee no later than August 1, 2020.

/s/ Tammy L. Terry
Tammy L. Terry (P46254)
535 Griswold, Ste 2100
Detroit, MI 48226
313-967-9857
Mieb_ectadmin@det13.net

/s/ Tricia Terry
Tricia Terry (P59522)
Marrs & Terry, PLLC
6553 Jackson Rd.
Ann Arbor, MI 48103
734-663-0555
tterry@marrsterry.com

**Signed on June 18, 2020**



/s/ Thomas J. Tucker

**Thomas J. Tucker
United States Bankruptcy Judge**